IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JUANITA BALDERAS, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No. 20-cv-01857 |
| v. | ) | |
| | ) | |
| ILLINOIS CENTRAL RAILROAD | ) | JURY TRIAL DEMANDED |
| COMPANY, ERICK CHASKO, | ) | |
| and MARCOS SALAMANCA, | ) | |
| | ) | |
| *Defendants.* | ) | |

## ILLINOIS CENTRAL RAILROAD COMPANY'S MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(6), Defendant, Illinois Central Railroad Company, through its counsel, Johner T. Wilson III and Jessica E. Chang of Dinsmore & Shohl LLP, respectfully requests that this Honorable Court dismiss the Fifth Claim for Relief in the Complaint filed by Plaintiff Juanita Balderas, ("Plaintiff") with prejudice. As set forth in the accompanying Memorandum of Law, Plaintiff's claims against Illinois Central Railroad Company are legally insufficient, and Plaintiff is unable to support her allegations that Illinois Central Railroad Company is liable under the Illinois Gender Violence Act. Thus, Illinois Central Railroad Company respectfully requests that this Court dismiss the Fifth Claim for Relief in Plaintiff's Complaint as to Illinois Central Railroad Company.

Dated: August 11, 2020

/s/ Johner T. Wilson III

Johner T. Wilson III
Jessica E. Chang
DINSMORE & SHOHL LLP
222 West Adams Street, Suite 3400
Chicago, Illinois 60606
T: 312.372.6060
F: 312.372.6085
jt.wilson@dinsmore.com
jessica.chang@dinsmore.com

*Attorneys for*
*Illinois Central Railroad Company*

## **CERTIFICATE OF SERVICE**

      I certify that on August 11, 2020, I electronically filed the foregoing using the CM/ECF system, which, consistent with Fed. R. Civ. P. 5, will effect service upon the following counsel of record:

Jamie S. Franklin
The Franklin Law Firm, LLC
53 W. Jackson Blvd., Suite 803
Chicago, IL 60604
jsf@thefranklinlawfirm.com

*Attorney for Plaintiff Juanita Balderas*

                                                                /s/ Johner T. Wilson III
                                                                 Johner T. Wilson III