# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Juanita Balderas

                                Plaintiff,

v.                                                         Case No.: 1:20–cv–01857
                                                           Honorable Sara L. Ellis

Illinois Central Railroad Company, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 6, 2023:

    MINUTE entry before the Honorable Sara L. Ellis: Telephone conference held on 9/6/2023. Defendants' counsel appeared and reported that all settlement funds have been paid. Based on the representation by the defendant's counsel that counsel for plaintiff will be filing a stipulation to dismiss, this case is dismissed with prejudice. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.