IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUANITA BALDERAS, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Case No. 20 CV 1857 |
| ) | |
| ILLINOIS CENTRAL RAILROAD ) | Honorable Sara Ellis, |
| COMPANY, ERICK CHASKO, ) | *Judge Presiding* |
| and MARCOS SALAMANCA, ) | |
| ) | |
| *Defendants.* ) | |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action shall be dismissed with prejudice, with no award of counsel fees or costs by the Court to either side;

IT IS FURTHER STIPULATED AND AGREED that Orders pursuant to the foregoing may be entered of record without further notice to either party, upon the presentation of this Stipulation; and

WHEREFORE, the Parties hereto pray that the Court will enter an Order dismissing the case with prejudice, and thereby dismissing the Complaint with prejudice.

Dated: September 6, 2023

Respectfully submitted,

*/s/ Susan M. Pavlow*  
For the plaintiff  
Susan M. Pavlow  
Law Office of Susan M. Pavlow  
53 W. Jackson Blvd., Ste. 1550  
Chicago, Illinois 60604  
smpavlow@mac.com

*/s/ Johner T. Wilson III*  
For the defendants  
Johner T. Wilson III  
Epstein Becker Green, P.C.  
227 W. Monroe St. Ste. 3250  
Chicago, Illinois 60606  
JWilson@ebglaw.com

FIRM:59738434v1

*/s/ Jamie Franklin*
For the plaintiff
Jamie S. Franklin
Chicago-Kent College of Law
565 West Adams Street, Suite 600
Chicago, IL 60661
(312) 906-5048
(773) 696-1478 (fax)
jfranklin5@kentlaw.iit.edu

FIRM:59738434v1